UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

```
RODNEY J. FONTANA, ET AL
                                         CIVIL ACTION
VERSUS
                                         NUMBER 07-37-SCR
CEC ENTERTAINMENT, INC., D/B/A
CHUCK E. CHEESE'S, ET AL
```

**JUDGMENT**

Judgment is hereby rendered in favor of defendant CEC Entertainment, Inc., d/b/a Chuck E. Cheese's, and against plaintiffs Rodney J. Fontana and Sherrie Fontana, dismissing the plaintiffs' claims with prejudice.

Costs allowed under 28 U.S.C. § 1920 shall be taxed by the clerk of court in favor of the defendant and against the plaintiffs in accordance with the applicable provisions of Uniform Louisiana Local Rule 54.

Baton Rouge, Louisiana, August 26, 2008.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE